MENNEMEIER, GLASSMAN & STROUD LLP
KENNETH C. MENNEMEIER (SBN 113973)
980 9th Street, Suite 1700
Sacramento, CA 95814
Telephone: (916) 553-4000
Facsimile: (916) 553-4011
E-mail: kcm@mgslaw.com

Attorneys for Defendants
ZAHOUREK SYSTEMS, INC., and
VALERIA ZAHOUREK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALANCED BODY UNIVERSITY, LLC, | CASE NO: 2:13-cv-01606-LKK-EFB |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD** |
| v. | |
| ZAHOUREK SYSTEMS, INC., and VALERIA ZAHOUREK, | |
| Defendants. | |

THE COURT, having reviewed Defendants' Ex Parte Application to Extend Time to Answer or Otherwise Plead; Memorandum of Points & Authorities in Support of Application; Declaration of Luke Santangelo in Support of Ex Parte Application hereby GRANTS Defendants' request and orders that Defendants shall file and serve any answer or other responsive document to the Complaint no later than October 1, 2013.

IT IS SO ORDERED.


Dated: September 3, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1
[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION
TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD

00049978.1 MGS