1
2
3
4

Gordon E. R. Troy, Esq., *Pro hac vice*
GORDON E. R. TROY, PC
PO Box 368
Charlotte, VT 05445
Telephone: 802 881-0640
Facsimile: 646 588-1962
Email: gtroy@webtm.com

5
6
7
8

PATRICK McCARTHY, State Bar No. 108079
    pmccarthy@mccarthylaw.us
LAW OFFICES OF PATRICK McCARTHY
7041 Koll Center Parkway, Suite 160
Pleasanton, CA 94566
Telephone:  (925) 460-6000
Facsimile:  (925) 460-6292

9

Attorneys for Plaintiff, Balanced Body University, LLC

10

UNITED STATES DISTRICT COURT

11

EASTERN DISTRICT OF CALIFORNIA

12
13
14
15
16
17
18
19

| | |
|---|---|
| BALANCED BODY UNIVERSITY, LLC, | Case No.: 2:13-cv-01606-LKK-EFB |
| Plaintiff, | |
| v. | **STIPULATION and ORDER RESETTING DATE OF INITIAL SCHEDULING CONFERENCE** |
| ZAHOUREK SYSTEMS, INC. and VALERIA ZAHOUREK, | |
| Defendants. | |

20
21
22
23
24
25

Plaintiff Balanced Body University, LLC, and Defendants Zahourek Systems, Inc. and Valeria Zahourek, by and through their respective counsel of record, jointly stipulate to the resetting of the date of the initial scheduling conference, presently set of October 21, 2013. As grounds therefore, Defendants have brought Motions to Dismiss (See Docket nos. 16, 17 and 19), all with a return date and hearing set for November 4, 2013 at 10:00 a.m. The Parties

respectfully request that the Initial Scheduling Conference be set on the Court's calendar at least fifteen (15) days from the date of the Court's ruling on Defendant's outstanding motions.

Dated: October 3, 2013

Respectfully submitted:
GORDON E. R. TROY, PC

By: /s/Gordon E.R. Troy_____
        Gordon E. R. Troy

*Attorneys for Plaintiff,* Balanced Body University, LLC

MENNEMEIER, CLASSMAN & STROUD LLP

By: /s/Kenneth C. Mennemeier per e-mail authorization__
        Kenneth C. Mennemeier

*Attorneys for Defendants,* Zahourek Systems, Inc., and Valeria Zahourek

### ORDER

Upon the parties' stipulation, and for good cause shown, the Status (Pretrial Scheduling) Conference set for October 21, 2013, is reset to January 21, 2014 at 1:30 p.m. before Judge Karlton in Chambers/Courtroom No. 4.  The parties are reminded of their obligation to file status reports 14 days preceding the status conference.

DATED:  October 9, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

1

2

3           I HEREBY CERTIFY that on this 3rd day of October, 2013, I electronically filed

4      the foregoing with the Clerk of the Courts by using the ECF system.

5

6                                GORDON E. R. TROY, PC

7                                    /s/ Gordon E. R. Troy
                             By: _____
8                                    Gordon E. R. Troy
                                     3333 Lake Road
9                                    PO Box 368
                                     Charlotte, VT  05445
10                                   (802) 881-0640 Phone
                                     (646) 588-1962 Fax
11                                   **gtroy@webtm.com** Email

12

13                           *Attorneys for Plaintiff,* Balanced Body University, LLC

14

15

16

17

18

19

20

21

22

23

24

25