UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALANCED BODY UNIVERSITY, LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>ZAHOUREK SYSTEMS, INC. and VALERIA ZAHOUREK,<br><br>            Defendants. | No.  CIV. S-13-1606 LKK/EFB<br><br>**ORDER** |

Pending before the court in the above-captioned case are defendants' (i) motion to dismiss for lack of jurisdiction and (ii) motion to transfer, stay, or dismiss. (ECF Nos. 17, 19.) These motions are currently set for hearing on November 4, 2013.

For administrative reasons, the hearings on these motions will be CONTINUED to November 18, 2013 at 10:00 a.m. The deadline for filing reply briefs, if any (October 28, 2013), remains unchanged.

IT IS SO ORDERED.

DATED: October 22, 2013.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT