MENNEMEIER GLASSMAN LLP
KENNETH C. MENNEMEIER (SBN 113973)
980 9th Street, Suite 1700
Sacramento, CA 95814
Telephone: (916) 553-4000
Facsimile: (916) 553-4011
E-mail: kcm@mgslaw.com

Attorneys for Defendants
ZAHOUREK SYSTEMS, INC., and
VALERIA ZAHOUREK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| BALANCED BODY UNIVERSITY, LLC, | ) | CASE NO: 2:13-cv-01606-LKK-EFB |
|---|---|---|
| Plaintiff, | ) | **ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO CONTINUE HEARING DATE ON DEFENDANTS' PENDING MOTIONS** |
| v. | ) | |
| ZAHOUREK SYSTEMS, INC., and VALERIA ZAHOUREK, | ) | |
| Defendants. | ) | |

THE COURT, having reviewed Defendants' "Ex Parte Application to Extend Time to Continue Hearing Date on Defendants' Pending Motions; Declaration of Kenneth C. Mennemeier in Support of Ex Parte Application" hereby GRANTS Defendants' request and orders that the hearing on said motions is continued to January 13, 2014, at 10:00 a.m. in Courtroom 4.

IT IS SO ORDERED.

Dated: November 6, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

00052558.1 MGS                                              1