UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| BALANCED BODY UNIVERSITY, LLC, | No.  CIV. S-13-1606 LKK/EFB |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| ZAHOUREK SYSTEMS, INC. and VALERIA ZAHOUREK, | |
| Defendants. | |

   Pursuant to stipulation and order filed October 9, 2013 (ECF No. 23), the original status conference in this matter was reset to January 21, 2014.  On January 10, 2013, plaintiff filed a motion to amend the amended complaint, and defendants filed two motions to dismiss.  Said motions are set for hearing before the undersigned on February 10, 2014 at 10:00 a.m.

   Good cause appearing, IT IS HEREBY ORDERED that the initial status conference in this matter is reset to March 10, 2014 at 11:30 a.m.  All parties shall comply with all provisions of the court's August 5, 2013 Order Setting Status (Pretrial Scheduling) Conference (ECF No. 3) in connection therewith.

1

1           IT IS SO ORDERED.

2           DATED:   January 16, 2014.

                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT